UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,                          Crim. No. 06-0280 (PJS/JSM)

Plaintiff,

ORDER ADOPTING REPORT AND
v.                                                 RECOMMENDATION

ALEXISUS JARMON MOSBY,

Defendant.

Tricia Tingle, Assistant United States Attorney, UNITED STATES
ATTORNEY'S OFFICE, 300 South Fourth Street, Suite 600, Minneapolis, MN
55415, for plaintiff.

Paul Schneck, SCHNECK LAW OFFICE, 333 Washington Avenue North, Suite
300, Minneapolis, MN 55401, for defendant.

This matter is before the Court on defendant Alexisus Jarmon Mosby's objections to the

October 25, 2006 Report and Recommendation ("R&R") of Magistrate Judge Janie S. Mayeron.

Judge Mayeron recommends denying Mosby's motion to suppress evidence obtained as a result

of a search and seizure.

The evidence at issue is a gun that Mosby allegedly threw under a parked car while he

was being pursued by the police.  Judge Mayeron found that Mosby voluntarily abandoned the

gun and that, at the time he did so, he had not been "seized" by the police for purposes of the

Fourth Amendment.  Judge Mayeron further found that, even if Mosby had been "seized," the

seizure was valid under the Fourth Amendment, as the police had a reasonable and articulable

suspicion that Mosby was involved in criminal activity.

The Court has reviewed the record de novo, as required by 28 U.S.C. § 636(b)(1) and

Fed. R. Civ. P. 72(b), and finds that Judge Mayeron's R&R adequately addresses all of the

arguments made in Mosby's objections.

ORDER

Based on the foregoing and on all of the files, records, and proceedings herein, the Court

OVERRULES Mosby's objections [Docket No. 35] and ADOPTS Judge Mayeron's Report and

Recommendation [Docket No. 34].  Accordingly, IT IS HEREBY ORDERED THAT

Mosby's motion to suppress evidence obtained as a result of search and seizure [Docket No. 17]

is DENIED.


Dated: November  20,  2006                    s/Patrick J. Schiltz
                                              Patrick J. Schiltz
                                              United States District Judge